IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CRAIG PURCARO,<br><br>                    Plaintiff,<br><br>       vs.<br><br>MULTIPLE SHERIFF DEPUTIES, *et al.*,<br><br>                    Defendants. | No. 2:05-cv-00041-JKS-DAD<br><br>ORDER |

      Plaintiff, a Sacramento County prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On June 23, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days.  No objections to the Findings and Recommendations have been filed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has reviewed the record on its face and finds no clear error.

      Accordingly, IT IS HEREBY ORDERED THAT:

1. The Findings and Recommendations filed June 23, 2006, are adopted in full;
2. The Complaint on file herein is hereby DISMISSED, without prejudice; and
3. The Clerk of the Court to enter final judgment accordingly.

      Dated: January 10, 2008

                                                              s/ James K. Singleton, Jr.
                                                              JAMES K. SINGLETON, JR.
                                                              United States District Judge